UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
        Plaintiff,

                                      Civil Action No.  04-10378-RGS

    v.

COMMONWEALTH OF MASSACHUSETTS,
        Defendant.

ORDER OF DISMISSAL

STEARNS, D.J.

    In accordance with this Court's order dated May 10, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                              By the Court,

                                              s/ Linn A. Weissman
                                              Deputy Clerk

Date  5/10/04

(noticeofdismissal.wpd - 12/98)                                                                              [odism.]