UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.

COMMONWEALTH OF MASSACHUSETTS,
    Defendant.

CIVIL ACTION
NO. 04-10378-RGS.

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to appeal to the First Circuit Court of Appeal's, from this Court's (Stearns, J.) ORDER OF DISMISSAL, dated May 10, 2004.

Dated: 5/28/04.

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324