UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

SANDY J. BATTISTA,
    Plaintiff,

vs.

COMMONWEALTH OF MASSACHUSETTS,
    Defendant.

2004 JUL -6  P 4: 08

C.A.No.04-10378-RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to appeal to the First Circuit Court of Appeals from this Court's June 9, 2004 Order denying her Motion for Reconsideration of the denial of her application to proceed without prepayment of fees.

Dated: 6/28/04.

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324