# United States Court of Appeals
## For the First Circuit



No. 04-1757
    04-1900

D.C. #04-10378        SANDY J. BATTISTA,
J. Stearns

      Plaintiff, Appellant,

      v.

      COMMONWEALTH OF MASSACHUSETTS,

      Defendant, Appellee.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk       Before

Deputy Clerk       Selya, Lynch and Lipez,
Date: MAR 24 2005       Circuit Judges.

JUDGMENT

Entered: March 3, 2005

     We have carefully reviewed the record in this case. We affirm the dismissal of appellant's civil rights claims, essentially for the reasons given by the district court in its memorandum and order, dated May 10, 2004. We add only the following.

     The gravamen of Battista's complaint is that the statute under which she is confined was unconstitutionally applied to her since she was convicted before the statute was enacted. A person who has been civilly committed is "in custody" and thus eligible to seek habeas relief. See. e.g., Selling v. Young, 531 U.S. 250 (2001); Addington v. Texas, 441 U.S. 418 (1979). Therefore, the policy concerns enunciated in Heck v. Humphrey, 512 U.S. 477 (1994), apply to such persons and bar appellant's claim in the instant case.

     Affirmed.

                                      By the Court:

Richard Cushing Donovan, Clerk.

By: __**MARGARET CARTER**_____
       Chief Deputy Clerk.


Certified Copy to Hon. Richard Stearns
Certified Copy to Mr. Ruane, Acting Clerk USDC

cc: Ms. Battista & Ms. Benedetto